AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

YVONNE VARNADORE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-78

JO ANNE B. BARNHART,
Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered September 25, 2006, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered affirming the decision of the Commissioner.

| September 25, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03