IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 OCT 13 A 9 49

| | |
|---|---|
| YVONNE VARNADORE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION NO.: CV205-078 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

As the decision of the Commissioner has been affirmed, Plaintiff's Alternative Motion for Remand under Sentence Six is **dismissed** as moot.

**SO ORDERED**, this 13th day of October, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)